IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST OF CALIFORNIA I, INC., COMCAST OF CALIFORNIA/ MASSACHUSETTS/MICHIGAN/UTAH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF WALNUT CREEK, CALIFORNIA, A MUNICIPAL CORPORATION OF THE STATE OF CALIFORNIA <br><br> Defendant. <br> _____/ | No. C 05-00824 WHA <br><br> **ORDER REGARDING SCHEDULING** |

In the above-named action, defendants moved for summary judgment and summary adjudication. In response, plaintiffs moved for cross-motion for summary judgment. The civil local rules have been modified and there is no longer a provision for cross-motions. Therefore, the Court sets forth the following schedule:

- On **July 14, 2005**, the Court will hear both defendant's motion for summary judgment and summary adjudication, and plaintiffs' motion for summary judgment.

- Defendant shall file a reply to plaintiffs' opposition to defendant's motion for summary judgment/opposition to plaintiffs' motion for summary judgment by **June 30, 2005**. Defendant is to submit one set of briefs as its reply/opposition.

- Plaintiffs shall file a reply to defendant's opposition to plaintiffs' motion for summary judgment by **July 5, 2005**.

The Court understands that Comcast's formal proposal for franchise renewal was due to the City of Walnut Creek on May 20, 2005. Parties are to submit statements to the Court by **5 P.M.** on **June 30, 2005**, explaining the status of the proposal.

**IT IS SO ORDERED.**

Dated: June 24, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2