UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Comcast of California I, Inc.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>The City of Walnut Creek, California,<br><br>　　　　Defendant(s). | No. C05-00824 WHA (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephonic status conference is scheduled for **Wednesday, July 6, 2005, at 3:00 p.m. Pacific Time** to discuss the status of the settlement agreement between the parties.  Counsel for plaintiff is to contact counsel for defendant and call chambers at **415-522-4093.**

Dated:  June 30, 2005

　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\COMCAST\statusconf.wpd

1