IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST OF CALIFORNIA I, INC., COMCAST OF CALIFORNIA/ MASSACHUSETTS/MICHIGAN/UTAH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF WALNUT CREEK, CALIFORNIA, A MUNICIPAL CORPORATION OF THE STATE OF CALIFORNIA, <br><br> Defendant. / | No. C 05-00824 WHA <br><br> **ORDER ACKNOWLEDGING PARTIES' WITHDRAWAL OF SUMMARY JUDGMENT MOTIONS AND VACATING RELATED HEARINGS** |

The Court is in receipt of defendant's notice of withdrawal of motion for summary judgment on plaintiffs' complaint and motion for summary adjudication of defendant's counterclaim and plaintiffs' notice of withdrawal of cross-motion for summary judgment and opposition to defendant's motion for summary judgment and summary adjudication. The related scheduled hearings and the case management conference are **VACATED**.

**IT IS SO ORDERED.**

Dated: July 1, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE