UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST OF CALIFORNIA I, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> THE CITY OF WALNUT CREEK, CALIFORNIA, <br><br> Defendant(s). | No. C 05-0824 WHA (BZ) <br><br> **ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

Following the discussion with counsel for both sides, **IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **Tuesday, July 12, 2005, at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, for the purpose of finalizing the settlement agreement.  Each side shall be represented by someone with decision authority to finalize the terms of the agreement reached at the previous settlement conference.  Each side shall bring with them the latest version of their proposed settlement agreement in word

1

1 | processing format and a laptop computer that can make the
2 | necessary changes.  The parties shall be prepared to stay
3 | until a written agreement is produced.
4 | Dated: July 7, 2005

*/s/ Bernard Zimmerman*
_____
Bernard Zimmerman
United States Magistrate Judge