| | |
|---|---|
| GARY J. SMITH (SBN: 141393)<br>BEVERIDGE & DIAMOND, P.C.<br>456 Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone : (415) 262-4000<br>Facsimile: (415) 262-4040<br>gsmith@bdlaw.com<br><br>WESLEY R. HEPPLER (*Pro Hac Vice*)<br>ROBERT G. SCOTT, JR. (*Pro Hac Vice*)<br>TIMOTHY P. TOBIN (*Pro Hac Vice*)<br>COLE, RAYWID & BRAVERMAN, L.L.P.<br>1919 Pennsylvania Avenue, N.W., Suite 200<br>Washington, D.C. 20006<br>Telephone (202) 659-9750<br>Facsimile: (202) 452-0067<br>wheppler@bdlaw.com<br>bscott@crblaw.com<br>ttobin@crblaw.com<br><br>Attorneys for Plaintiffs | KIRK E. TROST (State Bar # 127097)<br>MADELINE E. MILLER (State Bar # 221568)<br>MILLER, OWEN & TROST<br>A Professional Corporation<br>428 J Street, Suite 400<br>Sacramento, CA 95814<br>Telephone: (916) 447-7933<br>Facsimile: (916) 447-5195<br><br>ANDREW STROUD (State Bar # 126475)<br>MENNEMEIR, GLASSMAN & STROUD, LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814<br>Telephone: (916) 553-4000<br>Facsimile: (916) 553-4011<br><br>THOMAS HAAS, City Attorney (State Bar # 045279)<br>PAUL VALLE-RIESTRA, Senior Assistant City Attorney (State Bar # 119321)<br>MARGARET L. KOTZEBUE, Assistant City Attorney (State Bar # 148592)<br>City of Walnut Creek<br>P.O. Box 8039<br>1666 North Main Street<br>Walnut Creek, CA 94596<br>Telephone: (925) 943-5813<br>Facsimile: (925) 256-3501<br><br>Attorneys for Defendant and Counterclaimant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST OF CALIFORNIA I, INC., COMCAST OF CALIFORNIA/MASSACHUSETTS/ MICHIGAN/UTAH, INC.,<br><br>      Plaintiffs and Counterdefendants,<br><br>      v.<br><br>THE CITY OF WALNUT CREEK, CALIFORNIA, A MUNICIPAL CORPORATION OF THE STATE OF CALIFORNIA,<br><br>      Defendant and Counterclaimant. | Case No.: C 05 00824 WHA<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including the counterclaims, be, and hereby is, dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1). IT IS FURTHER STIPULATED that each party shall bear its own costs and that the individuals below have authority to execute this stipulation.

DATED: August 2, 2005

Respectfully submitted,

MILLER, OWEN & TROST
A Professional Corporation

By: _____/s/_____
      Kirk E. Trost

Attorneys for Defendant and Counterclaimant
City of Walnut Creek

DATED: August 2, 2005

COLE, RAYWID & BRAVERMAN, L.L.P.

By: _____/s/_____
      Robert G. Scott, Jr.

Attorneys for Plaintiffs Comcast of California I, Inc., Comcast of California/Massachusetts/Michigan/Utah, Inc.

The Clerk shall close the file.

September 1, 2005



IT IS SO ORDERED
Judge William Alsup